# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 14−30047−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth Wayne Stables          Debbie Daly Stables
145 Carroll Avenue              145 Carroll Avenue
Colonial Heights, VA 23834      Colonial Heights, VA 23834

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7384                 Joint Debtor: xxx−xx−4402

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                          Joint Debtor: NA

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATION OF COMPLETION
## OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.
   Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 no later than 45 days after the Clerk's mailing of the Notice to Debtor(s) and Creditors Concerning Issuance of Discharge, in compliance with LBR 1007−1(J). Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   January 8, 2014

                                             William C. Redden
                                             Clerk of Court

(ntcfnmgtvSept2013.jsp)

*NOTE: Official Interim Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 14-30047-KRH
Kenneth Wayne Stables                                                 Chapter 13
Debbie Daly Stables
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: alleyk            Page 1 of 1            Date Rcvd: Jan 08, 2014
                               Form ID: ntcfnmgt       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2014.
db/jdb       +Kenneth Wayne Stables,   Debbie Daly Stables,   145 Carroll Avenue,
               Colonial Heights, VA 23834-3718

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2014 at the address(es) listed below:
              Jessica L. Fellows    on behalf of Joint Debtor Debbie Daly Stables fellows.jlCH@gmail.com,
               kimberlyajenkins@gmail.com,thedebtlawgroupmail@gmail.com,sherricwilmoth@gmail.com
              Jessica L. Fellows    on behalf of Debtor Kenneth Wayne Stables fellows.jlCH@gmail.com,
               kimberlyajenkins@gmail.com,thedebtlawgroupmail@gmail.com,sherricwilmoth@gmail.com
              Robert E. Hyman    station08@ricva.net,  ecfsummary@ricva.net
                                                                                             TOTAL: 3